UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR RODRIGUEZ,<br><br>                Plaintiff,<br><br>     v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign company,<br><br>                Defendant. | CASE NO. C25-1777RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE |

The Court, having reviewed the Stipulated Motion at Dkt. #10, hereby FINDS good cause and ORDERS that the following deadlines are extended 60 days and the case schedule is amended as follows:

Deadline for joining additional parties: January 31, 2026

Deadline for amending pleadings: January 31, 2026

Disclosure of expert testimony under FRCP 26(a)(2): July 13, 2026

Deadline for filing motions related to discovery: August 11, 2026

Discovery completed by: September 11, 2026

Dispositive motions filed by: October 12, 2026

Mediation held no later than: November 24, 2026

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE – 1

All motions in limine filed by and noted on the motion calendar no later than 21 days thereafter: December 14, 2026

Agreed pretrial order due: December 28, 2026

Trial briefs and proposed findings of fact and conclusions of law due: January 4, 2027

Trial Date: January 11, 2027.

DATED this 2nd day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE – 2