IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTOR RODRIGUEZ,

                Plaintiff,

        v.

THE TRAVELERS HOME AND MARINE
INSURANCE COMPANY, a foreign
company,

                Defendant.

No.  2:25-cv-01777-RSM

**STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE**

## I.      STIPULATED MOTION

The parties, by and through their undersigned counsel of record, have conferred and hereby stipulate and jointly request that the Court continue the trial date and amend the case schedule (ECF No. 11) pursuant to Fed. R. Civ. P. Rule 6 and LCR 10(g).

## II.      FACTS

The Moving Parties are continuing the discovery process and are engaged in settlement negotiations. The discovery process was delayed because Plaintiff does not have computer access and had to mail handwritten responses to each discovery request to his counsel. Further, Plaintiff

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 1

does not speak English, so these requests had to be translated by his counsel. This case involves several years' worth of facts consisting of a length claims handling process and involves multiple claims against Defendant. The Moving Parties have also reached an agreement for an inspection of the subject property on July 8, 2026, to allow their respective experts the opportunity to opine on the extent of damage. In light of this, the Moving Parties agree that a 90-day extension of the current deadlines would be beneficial to allow both experts the chance to complete their reports and avoid substantial prejudice to both parties.

In addition to this, one of Plaintiff's Counsel, Robert D. Bohm, of Robert D. Bohm, PLLC, will be having back surgery on July 6, 2026, and is expected to be on a restricted work schedule for eight to twelve weeks. There has been one prior extension in this matter for 60 days. The current deadlines are as follows:

| Event | Date |
| --- | --- |
| Deadline for joining additional parties | January 31, 2026 |
| Deadline for amending pleadings | January 31, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 13, 2026 |
| Deadline for filing motions related to discovery. | August 11, 2026 |
| Discovery completed by | September 11, 2026 |
| Dispositive motions filed by | October 12, 2026 |
| Mediation held no later than | November 24, 2026 |
| All motions in limine filed by and noted on the motion calendar no later than 21 days thereafter | December 14, 2026 |
| Agreed pretrial order due | December 28, 2026 |

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 2

| Trial briefs and proposed findings of fact and conclusions of law due | January 4, 2027 |
|---|---|
| Trial Date | January 11, 2027 |

## III.   STIPULATED RELIEF REQUESTED

The Moving Parties have met and conferred regarding the requested extension and agree there is good cause to grant the request. The stipulated requested extensions are as follows:

| Event | Date |
|---|---|
| Deadline for joining additional parties | May 1, 2026 |
| Deadline for amending pleadings | May 1, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 12, 2026 |
| Deadline for filing motions related to discovery. | November 9, 2026 |
| Discovery completed by | December 10, 2026 |
| Dispositive motions filed by | January 11, 2027 |
| Mediation held no later than | February 22, 2027 |
| All motions in limine filed by and noted on the motion calendar no later than 21 days thereafter | March 15, 2027 |
| Agreed pretrial order due | March 29, 2027 |
| Trial briefs and proposed findings of fact and conclusions of law due | April 5, 2027 |
| Trial Date | April 12, 2027 |

## IV.   LEGAL STANDARD

Federal Rule of Civil Procedure 6(b)(1)(A) states, in pertinent part, as follows:

> When an act may or must be done within a specified time, the court

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 3

may, for good cause, extend the time: … (A) with or without motion or if the court acts, or if a request is made, before the original time or its extension expires ...

Fed. R. Civ. P. 6(b)(1)(A).

As set forth above, the scheduling order may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b)(4). A motion for extension of time filed before a deadline has passed should "normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id.* (citing *Ahanchian* v. *Xenon Pictures, Inc.,* 624 F.3d 1253, 1259 (9th Cir. 2010)).

## V.      GOOD CAUSE EXISTS TO MODIFY THE SCHEDULING ORDER

This case involves significant facts for which the Moving Parties are currently continuing with discovery. The Moving Parties have scheduled a site inspection of the subject property involved in this dispute for July 8, 2026, after which their experts will have the chance to opine on the validity of the claims against Defendant. Further, due to Plaintiff's unavoidable accessibility issues, the initial stage of discovery was delayed. Additionally, Plaintiff's counsel, Robert D. Bohm, will be undergoing back surgery on July 6, 2026, and will be on a restricted workload for eight to twelve weeks. The Moving Parties stipulate to the foregoing as evidence of good cause to continue this matter.

## VI.      CONCLUSION

The Moving Parties respectfully request that this Court modify the current deadlines by 90 days and believe good cause exists to support the request.

Dated this 26th day of June, 2026.

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 4

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ Lucas Thrun*
Lucas Thrun, WSBA #62823
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
lthrun@letherlaw.com
*Counsel for Defendant, The Travelers Home and Marine Insurance Company*


POLI, MOON & ZANE, PLLC

*/s/ Jeff G. Zane*
Jeff G. Zane, WSBA #62691
Michael N. Poli, WSBA #63619
Maxim Poudrier-Tudan, WSBA #60213
720 Seneca St., Ste 107
Seattle WA 98101
P: (602) 857-8180
jzane@pmzlaw.com
mpoli@pmzlaw.com
maxim@pmzlaw.com
*Counsel for Plaintiff, Rodriguez*

ROBERT D BOHM, PLLC

*/s/ Robert D. Bohm*
Robert D Bohm, WSBA #42703
PO Box 25536
Federal Way, WA 98093
rdbohm@premisesinjurylaw.com
*Counsel for Plaintiff, Rodriguez*

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 5

### III.   ORDER

The Court having reviewed the above Stipulated Motion, it is hereby ORDERED that the following deadlines are extended 60 days and the case schedule is amended as follows:

| Event | Date |
| --- | --- |
| Deadline for joining additional parties | May 1, 2026 |
| Deadline for amending pleadings | May 1, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 12, 2026 |
| Deadline for filing motions related to discovery. | November 9, 2026 |
| Discovery completed by | December 10, 2026 |
| Dispositive motions filed by | January 11, 2027 |
| Mediation held no later than | February 22, 2027 |
| All motions in limine filed by and noted on the motion calendar no later than 21 days thereafter | March 15, 2027 |
| Agreed pretrial order due | March 29, 2027 |
| Trial briefs and proposed findings of fact and conclusions of law due | April 5, 2027 |
| Trial Date | April 12, 2027 |

DATED this 2nd day of July, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 6